DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARRELL DARRON BURNSIDE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1059

_____

December 11, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.